United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ZACHARY ABRAMS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.,<br><br>Defendant. | Case No. 22-cv-01046-BLF<br><br>**ORDER VACATING HEARING ON COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF SIMON JONES; AND GRANTING MOTION**<br><br>[Re: ECF 70] |

This order addresses the motion of the law firms Gordon Tilden Thomas & Cordell LLP and Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. to withdraw as counsel of record for Plaintiff Simon Jones. *See* Mot. to Withdraw, ECF 70. The Court finds the motion suitable for decision without a hearing and for that reason the hearing set for September 7, 2023 is VACATED.

The five plaintiffs engaged the firm Gordon Tilden Thomas & Cordell LLP in December 2021, and subsequently engaged the firm Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. *See* Cordell Decl. ¶ 2, ECF 70-1. On December 22, 2022, Mr. Jones terminated Gordon Tilden Thomas & Cordell LLP. *See id.* ¶ 3. Mr. Jones did not expressly terminate the representation of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. *See id.* However, the firms interpreted Mr. Jones' termination to apply to both firms, and both firms ceased communicating with Mr. Jones as of December 27, 2022. *See id.*

On June 26, 2023, the firms advised Mr. Jones and counsel for Defendant Allied World Assurance Company (USA), Inc. of the firms' intent to file this motion to withdraw. *See* Cordell

Decl. ¶ 4. In addition, the motion was served on Mr. Jones by mail and email on August 1, 2023. *See* POS, ECF 70-3. Defendant filed a statement of non-opposition to the motion to withdraw on August 15, 2023, indicating that Defendant disagrees with some factual statements in the motion but that Defendant does not object to the firms' withdrawal from representation of Mr. Jones. *See* Def.'s Statement of Non-Opp., ECF 73. Defendant's statement of non-opposition was served on Mr. Jones by Federal Express and email on August 15, 2023. *See id.* at 4.

Mr. Jones has not filed opposition (or any response) to the motion to withdraw. Under this Court's Civil Local Rules, Counsel may withdraw from an action if written notice of the motion has been provided to the client and all other parties and they have been given a reasonable time to respond, and the Court grants leave to withdraw. *See* Civ. L.R. 11-5. Counsel indicates that it is unknown whether Mr. Jones intends to retain new counsel or proceed pro se in this action. Counsel is willing to continue to receive papers for forwarding to Mr. Jones until he obtains replacement counsel or appears pro se.

**ORDER**

(1) The motion to withdraw as counsel of record for Plaintiff Simon Jones is GRANTED.

(2) Counsel for the remaining plaintiffs shall continue to receive papers for forwarding to Mr. Jones, and shall provide Mr. Jones with this order and all documents subsequently filed in this case, until new counsel appears for Mr. Jones or Mr. Jones appears pro se.

(3) This order terminates ECF 70.

Dated: August 31, 2023

_____
BETH LABSON FREEMAN
United States District Judge

2